Matthew Brian Ploeger, Law Office of Matthew Ploeger, Austin, TX, for Plaintiff-Appellant

Benjamin Lindberg Dower, Office of the Attorney General, Austin, TX, for Defendants–Appellees

Before WIENER, CLEMENT, and COSTA, Circuit Judges.

below, taking the interlocutory order with it").

4. In light of this disposition, we need not address the question of whether we would have jurisdiction to review this interlocutory appeal. *See Conn. Nat'l Bank v. Germain*, 503 U.S. 249, 254, 112 S.Ct. 1146, 117 L.Ed.2d 391 (1992) (holding that 28 U.S.C. § 1292 does not preclude "appellate review of interlocutory orders in bankruptcy proceedings"); *McLain v. Beto*, 458 F.2d 503, 504 (5th Cir. 1972) ("We pretermit the question of whether

PER CURIAM:*

Our review of the record, the parties' briefs, and arguments of counsel convinces us that the analysis, reasoning, and conclusions of the district court are not only comprehensive and correct, but that our writing separately is unnecessary. We therefore adopt the district court's opinion *in toto* and incorporate it herein.[1]

AFFIRMED.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Efrain LOPEZ–FLORES, also known as Efrain Flores Lopez, also known as Efrain Lopez Flores, also known as Efrain F. Lopez, also known as Efrain Flores, also known as Efrain Lopez, Defendant–Appellant**

No. 15-20676
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 08/16/2016

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX, for Plaintiff–Appellee

Efrain Lopez–Flores, Pro Se

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Efrain Lopez–Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez–Flores has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.